**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>WACHOVIA BANK, N.A. | COURT CASE NUMBER<br>08 cv 1023 JLS (AJB) |
| DEFENDANT<br>M/Y JUST A NOTION, Official No. 1089525, etc. and GREGORY A. STRASBURG | TYPE OF PROCESS<br>Complaint, Warrant for Maritime Arrest Publishing |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y JUST A NOTION, Official No. 1089525, etc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Nielsen Beaumont Marine, Inc., 2420 Shelter Island Drive, San Diego, CA 92106

SOUTHERN DISTRICT ... BY ... DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Thomas A. Russell, Esq. / RUSSELL & ASSOCIATES
833 Dover Drive, Suite 15
P. O. Box 11466
Newport Beach, CA 92658

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold Fold

Please execute the Warrant for Maritime Arrest of M/Y JUST A NOTION, Official No. 1089525, etc. (the "VESSEL") in accordance with Order Re Maritime Arrest of Vessel, Appointment of Substitute Custodian, and Notice of Commencement of Action. The VESSEL is presently in the custody of the Substitute Custodian, Nielsen Beaumont Marine, Inc., at the above address, in a related case. After the arrest, release the VESSEL to the Substitute Custodian in accordance with the Order.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| TLR Thomas A Russell | ☒ PLAINTIFF<br>☐ DEFENDANT | 949-244-6230 | 7/1/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. ____ | No. ____ | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | $8.00 | | $8.00 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, *if any amount is owed. Please remit promptly payable to U.S. Marshal.*
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# NOTICE OF MARITIME ARREST

PLEASE TAKE NOTICE that in obedience to a Warrant of Maritime Arrest to me directed in the above-entitled cause, I have on July 1, 2008 seized and taken into my possession the following described vessel: The Vessel *M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, etc. For the cause set forth in the Verified Complaint: foreclosure of a preferred ship mortgage in the matter entitled, *M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, etc., *in* rem; and GREGORY A. STRASBURG, as Trustor and Trustee of THE GREGORY A. STRASBURG REVOCABLE TRUST, Case No. 08CV1023 now pending in the United States District Court for the Southern District of California, at San Diego. The amount demanded in the Verified Complaint is $546,922.62 plus interest, costs and attorneys fees.

RECEIVED 2008 JUN 30 A 11:32 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

I HEREBY GIVE NOTICE to all persons who are entitled to possession of or who claim an interest in the said vessel *M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, etc., *in* rem, that they file their claims pursuant to Supplemental Rule C(6) of the Federal Rules of Civil Procedure with the Clerk of the United States District Court, Southern District of California, at San Diego, within ten (10) days after the date of first publication of this notice, or within such additional time as the Court may allow, and must serve their answers to the Complaint within twenty (20) days after the filing of their claims, or within such additional time as may be allowed by the Court, or default may be noted and condemnation ordered, and that applications for

intervention under FRCP Rule 24 by persons claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession.

STEVEN C. STAFFORD
ACTING UNITED STATES MARSHAL

By: ANDREW REMPE Andrew Rempe
Deputy

NAME AND ADDRESS OF ATTORNEY FOR PLAINTIFF:

Thomas A. Russell, Esq.
RUSSELL & ASSOCIATES
833 Dover Drive, Suite 15
Post Office Box 11466
Newport Beach, California 92658