**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>WACHOVIA BANK, N.A. | COURT CASE NUMBER<br>08 cv 1023 JLS (AJB) |
| DEFENDANT<br>M/Y JUST A NOTION, Official No. 1089525, etc. and GREGORY A. STRASBURG | TYPE OF PROCESS<br>Complaint, Warrant for Maritime Arrest<br>Vessel Arrest |

2008 JUL -1 AM 10: 26
SOUTHERN DISTRICT
BY ______ DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y JUST A NOTION, Official No. 1089525, etc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Nielsen Beaumont Marine, Inc., 2420 Shelter Island Drive, San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Thomas A. Russell, Esq. / RUSSELL & ASSOCIATES
833 Dover Drive, Suite 15
P. O. Box 11466
Newport Beach, CA 92658

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

Please execute the Warrant for Maritime Arrest of M/Y JUST A NOTION, Official No. 1089525, etc. (the "VESSEL") in accordance with Order Re Maritime Arrest of Vessel, Appointment of Substitute Custodian, and Notice of Commencement of Action. The VESSEL is presently in the custody of the Substitute Custodian, Nielsen Beaumont Marine, Inc., at the above address, in a related case. After the arrest, release the VESSEL to the Substitute Custodian in accordance with the Order.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| TLR Thomas A Russell | ☒ PLAINTIFF<br>☐ DEFENDANT | 949-244-6230 | 7/1/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | [signature] | 7/1/08 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date 7/1/08 Time 9:20 ☒ am ☐ pm<br>Signature of U.S. Marshal or Deputy<br>Andrew Kemper |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | 5.45 | | $50.45 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, *if any amount is owed. Please remit promptly payable to U.S. Marshal.*
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

ORIGINAL

Thomas A. Russell, State Bar No. 108607
RUSSELL & ASSOCIATES
833 Dover Drive, Suite 15
Post Office Box 11466
Newport Beach, California 92658
Mobile: (949) 244-6230
Office: (949) 854-6000
Facsimile: (949) 854-6001
Email: trussell@ra-law.com

Attorneys for Plaintiff
WACHOVIA BANK, N.A

RECEIVED
2008 JUN 30 A 11: 32
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WACHOVIA BANK, N.A.

Plaintiff,

vs.

*M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, etc., *in* rem; and GREGORY A. STRASBURG, as Trustor and Trustee of THE GREGORY A. STRASBURG REVOCABLE TRUST

Defendants.

CASE NO. 08 CV 1023 ~~JAH~~ AJB JLS

**IN ADMIRALTY**

**Warrant for Maritime Arrest of Vessel**

46 U.S.C. § 31325(b)(1); Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims Rule C

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

WHEREAS, a Complaint has been filed in this Court in the above-entitled action against the defendant vessel, *M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, etc., *in rem* (the "VESSEL") upon an admiralty and

*M/Y JUST A NOTION*

maritime claim in an amount in excess of $546,922.62 for the reasons and causes therein stated and praying for process of warrant for the arrest of said VESSEL, and that all persons with an interest in the VESSEL be cited to answer, and that the said VESSEL be arrested, condemned and sold to pay the demands of the Plaintiff.

YOU ARE HEREBY COMMANDED to arrest the VESSEL and to detain the same in your custody, or in the custody of an authorized Substitute Custodian, until further Order from the Court respecting the same, and to give due notice to all persons claiming the VESSEL, or any interest therein, or having anything to say why the same should not be condemned and sold pursuant to the prayer of the Complaint, that they must file their claims with the Clerk of the Court within ten (10) days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claims, or within such additional time as may be allowed by a judge, or default may be noted and condemnation ordered, and that applications for intervention under FRCP Rule 24 by persons claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney at whose request such execution was effected.

DATED:
6/30/08

UNITED STATES DISTRICT COURT CLERK

By: [signature]
Deputy Clerk M. Zvers

Respectfully submitted this 6th day of June, 2008

RUSSELL & ASSOCIATES

[signature]

Thomas A. Russell, Esq.
RUSSELL & ASSOCIATES
Attorneys for Plaintiff
WACHOVIA BANK, N.A.