JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
Telephone: (619) 233-5900
Facsimile: (619) 233-5999
Email: jima@alcantaraassociates.com

Attorneys for Defendant Gregory A. Strasburg,
Individually and as Trustor and Trustee of the Gregory A. Strasburg Revocable Trust

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, N.A.<br><br>Plaintiff,<br><br>v.<br><br>*M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, ET., *in rem*; and GREGORY A. STRASBURG, as Trustor and Trustee of THE GREGORY A. STRASBURG REVOCABLE TRUST<br><br>Defendants. | CASE NO. 08CV1023 JAH AJB<br><br>IN ADMIRALTY<br><br>GREGORY A. STRASBURG'S ANSWER TO COMPLAINT FOR FORECLOSURE OF FIRST PREFERRED SHIP MORTGAGE<br><br>46 U.S.C. §31325; Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rule C |

COMES NOW Defendant Gregory A. Strasburg, Individually and as Trustor and Trustee of the Gregory A. Strasburg Revocable Trust (hereinafter referred to as "Defendant") in answer to the verified Complaint of Plaintiff WACHOVIA BANK N.A. (hereinafter referred to as ("Plaintiff"), hereby admits, denies and alleges as follows:

1. Answering paragraph 1, the allegations set forth therein are jurisdictional in nature to which answering Defendant can neither admit nor deny, and on this basis, answering Defendant denies each and every allegation set forth in this paragraph.

///

///

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

2. Answering paragraph 2, answering Defendant is currently without sufficient information and/or belief to wither admit or deny the allegations set forth therein and on this basis answering Defendant denies each and every allegation set forth in this paragraph.

3. Answering paragraph 3, answering Defendant admits the allegations set forth therein.

4. Answering paragraph 4, answering Defendant admits the allegations set forth therein.

5. Answering paragraph 5, answering Defendant admits the allegations set forth therein.

6. Answering paragraph 6, answering Defendant admits the allegations set forth therein.

7. Answering paragraph 7, answering Defendant admits the allegations set forth therein.

8. Answering paragraph 8, answering Defendant admits the allegations set forth therein.

9. Answering paragraph 9, answering Defendant denies each and every allegation set forth therein.

10. Answering paragraph 10, answering Defendant is currently without sufficient information and/or belief to wither admit or deny the allegations set forth therein and on this basis answering Defendant denies each and every allegation set forth in this paragraph.

11. Answering paragraph 11, answering Defendant incorporates by reference the responses set forth in paragraphs 1-10 above.

12. Answering paragraph 12, answering Defendant can neither admit nor deny the allegations of this paragraph as they refer purely to legal argument. On that basis, answering Defendant denies the allegations of this paragraph.

13. Answering paragraph 13, answering Defendant denies each and every allegation set forth therein.

///

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

14. Answering paragraph 14, answering Defendant incorporates by reference the responses set forth in paragraphs 1-13 above.

15. Answering paragraph 15, answering Defendant can neither admit nor deny the allegations of this paragraph as they refer purely to legal argument. On that basis, answering Defendant denies the allegations of this paragraph.

16. Answering paragraph 16, answering Defendant denies each and every allegation set forth therein.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim Upon Which Relief May Be Granted)

As a distinct and separate affirmative defense to Plaintiff's Complaint on file herein, and each of its purported causes of action, answering Defendant alleges the Complaint fails to state a claim upon which relief may be granted against answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

(Statute of Limitations)

As a distinct and separate affirmative defense to Plaintiff's Complaint on file herein, and each of its purported causes of action, answering Defendant alleges Plaintiff's Complaint is barred by the applicable statute of limitations and the doctrine of laches.

**THIRD AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

As a distinct and separate affirmative defense to Plaintiff's Complaint on file herein, and each of its purported causes of action, answering Defendant alleges the Complaint is barred in whole or in part to the extent that Plaintiff has failed to take reasonable measures to mitigate his alleged damages.

**FOURTH AFFIRMATIVE DEFENSE**

(Reasonable Conduct)

As a distinct and separate affirmative defense to Plaintiff's Complaint on file herein, and each of its purported causes of action, answering Defendant alleges any and all acts of Defendant, with respect to the actions complained of by Plaintiff, were reasonable and diligent.

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

**FIFTH AFFIRMATIVE DEFENSE**

(Claims Barred and/or Limited by Terms of Contract)

As a distinct and separate affirmative defense to Plaintiff's Complaint on file herein, and each of its purported causes of action, answering Defendant alleges Plaintiff's claims are barred in whole or in part by the terms, conditions, exclusions, and limitations contained in the relevant contracts entered into between Plaintiff, answering Defendant and other parties.

**SIXTH AFFIRMATIVE DEFENSE**

(Equitable Defenses)

As a distinct and separate affirmative defense to Plaintiff's Complaint on file herein, and each of its purported causes of action, answering Defendant alleges the Complaint is barred on the grounds of unclean hands, collusion, doctrine of laches, waiver and estoppel.

**PRAYER**

WHEREFORE, Plaintiff prays for Judgment as follows:

1. That this court finds answering Defendant is not in default of any obligations or agreements with Plaintiff Wachovia;

2. That the Mortgage be declared valid and ongoing;

3. That answering Defendant be awarded all costs of suit, including *custodia legis* expenses; and attorneys' fees; and

4. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 29th day of August 2008.

ALCANTARA & ASSOCIATES, APC

s/ James W. Alcantara
JAMES W. ALCANTARA, ESQ.
Attorneys for Defendant Gregory A. Strasburg, Individually and as Trustor and Trustee of the Gregory A. Strasburg Revocable Trust

JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
Telephone: (619) 233-5900
Facsimile: (619) 233-5999
Email: jima@alcantaraassociates.com

Attorneys for Defendant Gregory A. Strasburg, Individually and as Trustor and Trustee of the Gregory A. Strasburg Revocable Trust

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, N.A.<br><br>Plaintiff,<br><br>v.<br><br>*M/Y JUST A NOTION*, Official No. 1089525, her engines, tackle, furniture, appurtenances, ET., *in rem*; and GREGORY A. STRASBURG, as Trustor and Trustee of THE GREGORY A. STRASBURG REVOCABLE TRUST<br><br>Defendants. | CASE NO. 08CV1023 JAH AJB<br><br>CERTIFICATE OF SERVICE |

I, Monique C. Rodrigue hereby certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 402 West Broadway, Suite 1170, San Diego California 92101, which is located in the city, county and state where the mailing described below took place.

3. I am readily familiar with the practice of ALCANTARA & ASSOCIATES, APC with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.

4. The document described below was served by electronic filing and U.S. Mail on August 29, 2008.



Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

GREGORY A. STRASBURG'S ANSWER TO COMPLAINT FOR FORECLOSURE OF FIRST PREFERRED SHIP MORTGAGE

5. On August 29, 2008, I served the document described below by E-filing in accordance with the rules governing the electronic filing and subsequent service of documents in the United States District Court in and for the Southern District of California. Notice will be electronically mailed to the following parties by and through their counsel of record:

**Thomas A. Russell, Esq.:** trussell@ra-law.com - Attorney for Plaintiff: Wachovia Bank, N.A.

6. The document described above was also served by U.S. Mail, first-class, on August 29, 2008. I deposited in the United States Mail at San Diego, California, true and correct copies of the above-referenced documents addressed to counsel of record for Plaintiff Wachovia Bank, N.A.:

Thomas A. Russell, Esq.
RUSSELL & ASSOCIATES
833 Dover Drive, Suite 15
Post Office Box 11466
Newport Beach, California 92658

Attorney for Plaintiff Wachovia Bank, N.A.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of August 2008, at San Diego, California.

ALCANTARA & ASSOCIATES, APC

Monique C. Rodrigue

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999